# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

George D. Brown

**FILED**

**11/20/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

v.

(Full name of defendant(s))

Sheriff Noah Robinson

Vanderburgh County Grievance Control

Case Number:

3:23-cv-00109-MPB-CSW

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Indiana**, and is located at
(State)

**3500 North Harlan Avenue, Evansville Indiana**
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Sheriff Noah Robinson**
(Name)

3. Defendant Vanderburgh County Grievance Control Officer John Doe is (if a person or private corporation) a citizen of Indiana and (if a person) resides at Unknown and (if the defendant harmed you while doing the defendant's job) worked for Vanderburgh County Jail 3500 N. Harlan Avenue, Evansville Indiana

Case 3:23-cv-00209-MPB-CSW    Document 50    Filed 11/20/23   Page 2 of 7 PageID #:182

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___Unknown___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Vanderburgh County Jail, 3500 N. Harlen Avenue, Evansville, Indiana___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On October 08, 2023, Plaintiff George D. Brown was being held in the Vanderburgh County Jail on criminal charges. Plaintiff was then transferred to Mount Vernon Illinois County Jail on Over Flow due to the overcrowding in the Vanderburgh County Jail. On October 22, 2023 Plaintiff returned back to the Vanderburgh County Jail and discovered that his personal property was missing. Upon being release or transferred from the Vanderburgh County Jail all Offenders are required to sign a document, indicating that the Offender/Family or Friend would pick up all personal

Complaint - 2

items within thirty (30) days, after the thirty (30) days all items are subject to be destroyed. Plaintiff returned back to the Vanderburgh County Jail on October 22, 2023. After being told by a Vanderburgh County Confinement Officer that Plaintiff personal property was destroyed November 08, 2023 Plaintiff filed a grievance on November 10, 2023 (6:29 p.m) requesting compensate for his personal property being destroyed On November 13, 2023 (7:11 A.M.) Plaintiff received a response from Vanderburgh County Jail Grievance Control John Doe or Jane Doe stating; "you can file a Tort Claim with the courts. I was never informed that you returned to our facility so it was not placed back into your property". The response given by Vanderburgh County Jail Grievance Control clearly show Vanderburgh County Jail admitting being liable for destroying Plaintiff personal property. Plaintiff would like to sue all defendents in their individual capacity and hold each defendent liable and for violating their contract

Complaint - 3

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1. Defendant's be required to pay all filing fees.
2. Defendant's be required to pay all attorney fees.
3. Defendant's be required to pay Plaintiff in the sum of fifty ($50,000.00) thousand for destroying Plaintiff personal property and breach of contract.

Complaint - 4

E.   JURY DEMAND

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 15th day of November 20 23.

Respectfully Submitted,

_George D Brown_
Signature of Plaintiff

_201533_
Plaintiff's Prisoner ID Number

_3500 North Harlan Avenue_

_Evansville, Indiana 47711_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.   **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_George D Brown_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.