UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| GEORGE D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00220-RLY-CSW |
| | ) | |
| NOAH ROBINSON, | ) | |
| VANDERBURGH COUNTY GRIEVANCE | ) | |
| CONTROL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING ACTION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

Plaintiff George Brown filed this civil action under 42 U.S.C. § 1983, on December 11, 2023, when he was an inmate at the Vanderburgh County Jail. Dkt. 1. Multiple court orders sent to Mr. Brown at his last reported address at the Jail have been returned to the court as undeliverable as it appears he is no longer in Jail.[1] *See* dkts. 8 and 10 (court orders); dkt. 9 (Jan. 29, 2024, mail returned "unable to forward"); dkt. 11 (Feb. 7, 2024, mail returned "unable to forward"). On February 27, 2024, the court reminded Mr. Brown of his duty to update his address and directed him to do so by no later than March 18, 2024. Dkt. 12; *see also* dkt. 5 (Notice to Pro Se Litigants directing "plaintiff shall report any change of address within ten (10) days of any change while this action remains pending."). The court warned Mr. Brown that if he failed to provide a current address by this deadline, this action would be dismissed without further warning. Dkt. 12. To date, Mr. Brown has not updated his address, and the time to do so has passed.

---

[1] The court notes that the Vanderburgh County Sheriff's Office inmate lookup database search indicates that Mr. Brown is no longer in custody there. *See* https://vanderburghsheriff.org/inmate-lookup/ (last visited Mar. 19, 2024).

Accordingly, **this action is now dismissed without prejudice.** Final judgment consistent with this order shall now issue.

Because Mr. Brown has not provided a current address, no copy of this order can be mailed to him, although the clerk's office shall provide a copy upon request.

**IT IS SO ORDERED.**

Date: 3/25/2024

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

GEORGE D. BROWN
201533
No address—Copy to be provided upon request